IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

    Plaintiff,                     No. 2:09-cv-0352 KJN P

    vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On February 22, 2010, and March 1, 2010, plaintiff filed motions to compel, for sanctions and for summary judgment which are pending before the court.

       On April 5, 2010, plaintiff filed a motion for a settlement conference. Defendant has not responded to the motion for a settlement conference, so defendant shall reply within 14 days and state if they wish to take part in a settlement conference. If defendant chooses not to proceed with a settlement conference, the court will address the pending motions.

       On April 21, 2010, plaintiff filed a motion requesting the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary

1

1  assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017

2  (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present

3  case, the court does not find the required exceptional circumstances.  Therefore, plaintiff's

4  request for the appointment of counsel is denied.

5         In accordance with the above, IT IS HEREBY ORDERED that:

6         1.  Defendant shall reply within 14 days if they wish to participate in a settlement

7  conference.

8         2.  Plaintiff's April 21, 2010 request for the appointment of counsel is denied.

9  DATED:  April 23, 2010

13  _____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

15  treg0352.set