IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

    Plaintiff,                      No. CIV S-09-0352 KJN P

   vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                    <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel. On April 5, 2010, plaintiff filed a motion for a settlement conference. April 23, 2010, defendants were ordered to file a reply to plaintiff's motion within fourteen days if they wished to participate in the settlement conference. Fourteen days passed and defendants did not respond. Accordingly, plaintiff's motion for a settlement conference is denied.

        On April 26, 2010, plaintiff filed a motion to voluntarily dismiss claims five, ten, eleven, fourteen and fifteen of his complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for a settlement conference (no. 35) is denied;

////

2. Within fourteen days of the date of this order, defendants shall notify this court whether they have any objection to the dismissal of claims five, ten, eleven, fourteen and fifteen. Should defendants fail to respond, plaintiff's request to dismiss these claims will be granted. Fed. R. Civ. P. 41(a)(2).

DATED: May 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tre352.ord