# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

       Plaintiff,                     No. CIV S-09-0352 MCE KJN P

  vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

       Defendants.          **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

     Daniel Treglia, inmate # T-66950, a necessary and material witness in proceedings in this case on September 8, 2011, is confined in Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by video-conferencing at Pelican Bay State Prison, September 8, 2011, at 10:00 a.m.[1]

     ACCORDINGLY, IT IS ORDERED that:

     1. The July 6, 2011 Writ of Habeas Corpus ad Testificandum is hereby vacated;

     2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

     3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

     4. The Clerk is directed to serve a copy of this writ by facsimile on the Litigation Coordinator, Pelican Bay State Prison.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, California, 95531-7000:**

     **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 21, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Due to the unavailability of the video-conferencing equipment at Pelican Bay State Prison on August 11, 2011, the Settlement Conference is continued to September 8, 2011.