IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

       Plaintiff,                         No. 2: 09-cv-0352 MCE KJN P

       vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

       Defendants.               <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for trial before the Honorable Morrison C. England on May 7, 2012.

       Plaintiff's requests for appointment of counsel, filed at earlier stages of this action, were denied without prejudice.  (<u>See</u> Dkt. Nos. 18, 38, 56.)  Now that this action is set for trial, appointment of counsel would promote judicial economy and facilitate the presentation of evidence at trial.  For these reasons, plaintiff is granted fourteen days from the date of this order to file a renewed request for appointment of counsel.

////

////

1

1           Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days
2 from the date of this order to file a renewed request for appointment of counsel.
3 DATED: September 16, 2011

                                      /s/ Kendall J. Newman
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

treg352.ord