IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

      Plaintiff,                                            No. 2: 09-cv-0352 MCE KJN P

      vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.                                   ORDER

_____/

        Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for trial on June 4, 2012.

        On October 4, 2011, plaintiff filed a motion requesting that he be transferred to California State Prison-Sacramento ("CSP-Sac"). Plaintiff is currently housed at Pelican Bay State Prison. Plaintiff alleges that it will be more convenient for him to be housed at CSP-Sac while awaiting the trial.

        The California Department of Corrections and Rehabilitation ("CDCR") determines where plaintiff is housed. The court does not have the authority to order CDCR to transfer plaintiff to CSP-Sac on the grounds sought by plaintiff.

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to be transferred
2  to CSP-Sac (Dkt. No. 89) is denied.
3  DATED: November 7, 2011
4
5  _____
6  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE
7  treg352.tra