IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

      Plaintiff,                          No. 2: 09-cv-0352 MCE KJN P

     vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.                  <u>ORDER</u>

                                /

         Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2011 the undersigned granted plaintiff's motion for appointment of counsel and directed the Clerk of the Court to locate an attorney willing to accept the appointment.

         On December 9, 2011, plaintiff filed a motion requesting court ordered phone calls so that he may obtain counsel on his own. Plaintiff is informed that the Clerk of the Court is still in the process of locating counsel to represent him.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for phone calls

2 (Dkt. No. 94) is denied.

3 DATED: December 14, 2011

_/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

treg352.cou