IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

      Plaintiff,                    No. 2:09-cv-0352 MCE KJN P

     vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.            ORDER

_____/

       Plaintiff is a state prisoner, proceeding without counsel and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court has found that appointment of counsel for plaintiff is warranted.  (Doc 88)  Eric L. Niemeyer has been selected from the court's pro bono attorney panel and has agreed to be appointed.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1.  Eric L. Niemeyer is appointed as counsel in the above entitled matter.

       2.  Eric L. Niemeyer shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

       3.  This matter is set to proceed for trial commencing June 4, 2012, before the Honorable Morrison C. England in Courtroom #7.

1        4.  The Clerk of the Court is directed to serve a copy of this order upon Eric L.
2  Niemeyer, Law Offices of Eric L. Niemeyer, 601 Willamette Avenue, Medford, Oregon 97504.
3  DATED:  December 29, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

treg0352.31