IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

    Plaintiff,                    No. 2: 09-cv-0352 MCE KJN P

    vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for trial on June 4, 2012.

        On September 8, 2011, a settlement conference was held.  The case did not settle.  On December 30, 2011, the court appointed counsel to represent plaintiff.

        Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, the parties shall inform the court whether they request a further settlement conference.

DATED: January 4, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

treg352.set

1