IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Daniel Treglia

             Plaintiff(s)

vs.

DIRECTOR OF CDCR, et al.

             Defendants.

No. 2:09-cv-0352 MCE KJN P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Eric Lee Niemeyer, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on December 29, 2011, by the Honorable KENDALL J. NEWMAN, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Travel to Sacramento, CA to attend a trial settlement conference from my office in Medford, OR.
>
> 612 miles at $0.51/mile = $312.12, plus $50.00 for meals, plus $150.00 for a hotel for a total of $512.12. I can absorb some of these costs if the Court cannot reimburse the entire amount.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 512.12.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:09-cv-0352 MCE KJN P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of February, 20 12, at Siskiyou Co., California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is __x__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: February 9, 2012

*Kendall J. Newman*

United States District Judge/Magistrate