1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL TREGLIA,

11          Plaintiff,                    No. 09-cv-0352 MCE KJN P

12      vs.

13   DIRECTOR OF CALIFORNIA
     DEPARTMENT OF CORRECTIONS,
14   et al.,

15          Defendants.                   <u>ORDER</u>

16   _____/

17          Plaintiff is a state prisoner, represented by counsel, proceeding with a civil rights

18   action pursuant to 42 U.S.C. § 1983.  A settlement conference is set for May 3, 2012, at 10:00

19   a.m., before Magistrate Judge Brennan.  Plaintiff shall appear via videoconference.

20   Approximately thirty days before the settlement conference, the court will issue a writ of ad

21   testificandum for plaintiff's appearance via videoconference.

22          IT IS HEREBY ORDERED that the Clerk of the Court shall serve a copy of this

23   order on the Litigation Coordinator at Pelican Bay State Prison.

24   DATED:  February 29, 2012

25                                        _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
26   treg352.set

                                          1