IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA, | |
| Plaintiff, | No. 09-cv-0352 MCE KJN P |
| vs. | |
| DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | ORDER |

Plaintiff is a state prisoner, represented by counsel, proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. A settlement conference is set for May 3, 2012, at 10:00 a.m., before Magistrate Judge Brennan. Plaintiff shall appear via videoconference. Approximately thirty days before the settlement conference, the court will issue a writ of ad testificandum for plaintiff's appearance via videoconference.

IT IS HEREBY ORDERED that the Clerk of the Court shall serve a copy of this order on the Litigation Coordinator at Pelican Bay State Prison.

DATED: February 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

treg352.set