IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

      Plaintiff,                    No. CIV S-09-0352 MCE KJN P

     vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.              <u>ORDER RE SETTLEMENT & DISPOSITION</u>

_____/

      Pursuant to the representations of counsel for the parties at a further Settlement Conference conducted in Chambers on May 3, 2012, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than October 30, 2012.

      All hearing dates set in this matter, including the jury trial date of June 4, 2012 before the Honorable Morrison C. England, Jr., are **VACATED.**

////

////

////

1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4     SO ORDERED.

5 DATED: May 3, 2012.

6                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE