IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

        Plaintiff,                      No. 2: 09-cv-0352 MCE KJN P

       vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2012, a settlement was reached in this action.

        On May 9, 2012, plaintiff himself filed a motion for an order directing prison officials to transfer plaintiff to trial with his personal property. Because this action has been settled, there are no further court dates. For that reason, plaintiff's motion is denied. In addition, because plaintiff is represented by counsel, communication with the court must be through counsel.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for a court order (Dkt. No. 107) is denied;

////

1

1        2. The Clerk of the Court is directed to serve this order on plaintiff: Daniel

2  Treglia, T-66950, Pelican Bay State Prison, P.O. Box 7500, Crescent City, California, 95532.

3  DATED: May 30, 2012

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

7  treg352.ord