IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREGLIA,

      Plaintiff,　　　　　　　　　　　　No. 2:09-cv-0352 MCE KJN P

   vs.

DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.　　　　　　　　　　ORDER TO SHOW CAUSE

_____/

    On May 3, 2012, the above-captioned case settled at a settlement conference conducted before the undersigned. On May 4, 2012, the court issued an order directing the parties to file dispositional documents not later than October 30, 2012. *See* Order filed May 4, 2012, Dckt. No. 106. The time for doing so has now expired.

    Accordingly, the court hereby ORDERS that counsel for all parties are ORDERED TO SHOW CAUSE not later than fourteen (14) days from the date of this order why sanctions should not be imposed for failure to comply with the court's order directing the parties to file dispositional documents.

    SO ORDERED.

DATED: November 6, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE