Mark H. Harris (SBN 133578)
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, CA 95816
Telephone: (916) 442-6155
Facsimile:  (916) 444-5921

Attorneys for Defendants BERKLER, FISCHER, KISSER, LEDESMA, VILLASENOR, VIRGA, WALKER, and SECRETARY- CDCR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>             Plaintiff,<br><br>   v.<br><br>DIRECTOR, CDCR, et al,<br><br>             Defendants. | CASE NO.  2:09-cv-00352-KJM P<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41] AND ORDER** |

///
///
///
///
///
///
///
///
///

-1-

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

1  IT IS HEREBY STIPULATED by and between plaintiff DANIEL TREGLIA, by
2 and through his attorney Eric Lee Niemeyer, and defendants K. Berkler, E. Fischer, S.
3 Kisser, M. Ledesma, C. Villasenor, T. Virga, J. Walker, and Director (aka Secretary),
4 California Department of Corrections and Rehabilitation, by and through their attorney
5 Mark H. Harris, that this entire action be, and hereby is, dismissed with prejudice, pursuant
6 to Rule 41 of the Federal Rules of Civil Procedure, with each side to bear his/its/their own
7 costs and attorney fees.

Dated:   September 25, 2012          /s/ Eric Lee Niemeyer
                                     ERIC LEE NIEMEYER,
                                     Attorneys for Plaintiff DANIEL
                                     TREGLIA

Dated: September 25, 2012            LAW OFFICES OF MARK H. HARRIS

                                By:  /s/ Mark H. Harris
                                     MARK H. HARRIS
                                     Attorneys for Defendants BERKLER,
                                     FISCHER, KISSER, LEDESMA,
                                     VILLASENOR, VIRGA, WALKER,
and
                                     SECRETARY- CDCR

**IT IS SO ORDERED:**

Dated:  January 28, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**