1  Mark H. Harris (SBN 133578)
   LAW OFFICES OF MARK H. HARRIS
2  2207 J Street
   Sacramento, CA 95816
3  Telephone: (916) 442-6155
   Facsimile:  (916) 444-5921
4
   Attorneys for Defendants BERKLER,
5  FISCHER, KISSER, LEDESMA,
   VILLASENOR, VIRGA, WALKER, and
6  SECRETARY- CDCR

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  DANIEL TREGLIA,                )   CASE NO.  2:09-cv-00352-KJM P
                                   )
12                 Plaintiff,      )
                                   )   **STIPULATED DISMISSAL WITH**
13       v.                        )   **PREJUDICE [FRCP 41] AND ORDER**
                                   )
14  DIRECTOR, CDCR, et al,         )
                                   )
15                 Defendants.     )
    _____ )
16

17

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                  -1-

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

1  IT IS HEREBY STIPULATED by and between plaintiff DANIEL TREGLIA, by
2  and through his attorney Eric Lee Niemeyer, and defendants K. Berkler, E. Fischer, S.
3  Kisser, M. Ledesma, C. Villasenor, T. Virga, J. Walker, and Director (aka Secretary),
4  California Department of Corrections and Rehabilitation, by and through their attorney
5  Mark H. Harris, that this entire action be, and hereby is, dismissed with prejudice, pursuant
6  to Rule 41 of the Federal Rules of Civil Procedure, with each side to bear his/its/their own
7  costs and attorney fees.

Dated:   September 25, 2012        /s/ Eric Lee Niemeyer
                                   ERIC LEE NIEMEYER,
                                   Attorneys for Plaintiff DANIEL
                                   TREGLIA

Dated: September 25, 2012          LAW OFFICES OF MARK H. HARRIS

                                   By:  /s/ Mark H. Harris
                                        MARK H. HARRIS
                                        Attorneys for Defendants BERKLER,
                                        FISCHER, KISSER, LEDESMA,
                                        VILLASENOR, VIRGA, WALKER,
and
                                        SECRETARY- CDCR

**IT IS SO ORDERED:**

Dated:  January 28, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**